# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re AFRODITI LEDSTROM,<br><br>Debtor,<br><br>YVETTE WEINSTEIN, Chapter 11 Trustee,<br><br>Plaintiff,<br><br>vs.<br><br>1531 LVBS, LLC, a Nevada limited liability company, LV CABARET SOUTH, LLC, a Nevada limited liability company,<br><br>Defendants. | Case No.: 2:14-cv-00900-JAD-PAL<br><br>Bankr. No. 12-11672-MKN<br>Bankr. Adv. No. 14-01018-MKN<br><br>**Order Denying Defendants' Motion for Withdrawal of the Reference to the Bankruptcy Court (#1)** |

Currently before the Court is Defendants 1531 LVBS, LLC's ("1531") and LV Cabaret South, LLC's Motion for Withdrawal of the Reference for Adversary Proceeding Case No. 14-01018-MKN, to the Bankruptcy Court.[1] On June 12, 2014, Yvette Weinstein in her capacity as the Chapter 11 trustee filed her Response.[2] On June 23, 2014, Defendants filed a Reply.[3] For the reasons discussed below, the Motion is denied without prejudice.

Defendants' Motion for Withdrawal in this case is virtually identical to the one they filed–and this Court denied as premature–in case 14-cv-00569 with respect to the very same adversary proceeding.

---

[1] Doc. 1.

[2] Doc. 3.

[3] Doc. 6.

On May 21, 2014, the Court denied that motion as unripe because the Bankruptcy Court had not yet determined whether the adversary proceeding is a core proceeding within the meaning of 28 U.S.C. § 157(b).[4] Defendants make no mention of the Court's May 21, 2014, order and in no way attempt to reconcile their new motion with it. And it does not appear that the Bankruptcy Court has since passed on the question of whether the subject adversary is a core proceeding. This motion is thus (again) denied.

Should Defendants move for withdrawal of the reference again before the Bankruptcy Court determines whether the adversary proceeding is core, Defendants are cautioned that the motion will be denied for the same reasons and that sanctions may be considered.

**Conclusion**

Accordingly, **IT IS HEREBY ORDERED** that Defendants Motion for Withdrawal of the Reference **(Doc. 1) is DENIED** without prejudice.

Dated on this 17th day of July, 2014.

_____
Jennifer A. Dorsey
United States District Judge

---

[4] *See* case no. 2:14-cv-00569